

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00352-CV

IN RE CLAUDIA ELENA                                                    RELATOR
JOHNSTON

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 322-462808-09

------------

## MEMORANDUM OPINION[1]

------------

The court has considered the petition for writ of mandamus filed by relator Claudia Elena Johnston and the response filed by real party in interest Kevin Dale Johnston. The court has also considered real party in interest's request for attorney's fees or sanctions.

The court is of the opinion that all relief should be denied. *See* Tex. R. App. P. 52.8(a). Accordingly, relator's petition for writ of mandamus is denied,

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

and real party in interest's request for attorney's fees or sanctions is denied.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; GARDNER and SUDDERTH, JJ.

DELIVERED:  December 7, 2015